IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ALICIA FLOYD                                                                            PLAINTIFF

v.                          CASE NO. 5:17-CV-5263

NANCY A. BERRYHILL,[1] Commissioner
Social Security Administration                                                          DEFENDANT

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On December 22, 2017, Plaintiff, Alicia Floyd, filed a Complaint pursuant to 42 U.S.C. § 405(g), seeking judicial review of a decision of the Commissioner of Social Security Administration. (Doc. 1). Plaintiff also filed a request for leave to proceed *in forma pauperis* on the same date, indicating that she had two investments accounts with "approx value $100,000" each. (Doc. 2). After review, the Court ordered Plaintiff to complete the Administrative Office 239 form. (Doc. 5). Plaintiff filed her response on January 9, 2018, where she reported that she had two investment accounts totaling more than $420,000. (Doc. 7). As a result, on January 11, 2018, the Court entered an order denying Plaintiff's request for leave to proceed *in forma pauperis* and directed Plaintiff to pay the filing fee on or before January 25, 2018. (Doc. 8). To date, Plaintiff has failed to submit the filing fee.

Based on the foregoing, the Court recommends that Plaintiff's case be dismissed without prejudice for failure to follow an Order of the Court. **The parties have fourteen days from receipt of our report and recommendation in which to file written objections**

---

[1] Nancy A. Berryhill, has been appointed to serve as acting Commissioner of Social Security, and is substituted as Defendant, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.

1

**pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 30th day of January, 2018.

/s/ *Erin L. Wiedemann*
HON. ERIN L. WIEDEMANN
UNITED STATES MAGISTRATE JUDGE